Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Lisa C. Weems )
# 53055-074 )
SFF Hazelton P.O. Box 3000 )
Bruceton Mills, WV, 26525 )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
)
       Petitioner, )
vs. )
)
SFF Hazelton Warden )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
       Respondent. )
)

**FILED**

APR 2 5 2022

U.S. DISTRICT COURT WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 5:22cv106
(to be assigned by Clerk)

Bailey
Mazzone
Bialick

**Important notes to read before completing this form:**

★    Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1. This petition concerns (check the appropriate box):

    ☐ a conviction
    ☐ a sentence
    ☐ jail or prison conditions
    ☐ prison disciplinary proceedings
    ☐ a parole problem
    ☒ other, state briefly: Cares Act / Hard Time COVID credits
    FSA- First Step Act Credits

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____

3. List the name and location of the court which imposed your sentence:
   U.S. District Court
   220 W. Depot St.
   Greeneville, TN. 37743

4. List the case number, if known: 2:18-CR-00017-RLJ-CRW(11); 21:841

5. List the nature of the offense for which the sentence was imposed:
   Conspiracy to distribute methamphetamine

6. List the date each sentence was imposed and the terms of the sentence:
   April 15, 2021
   Term of 120 months

7. What was your plea to each count? (Check one)

   ☒ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☐ A jury
☐ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☐ Yes   ☒ No

10. If you did appeal, give the following information for each appeal:

A. Name of Court: _____
B. Result: _____
C. Date of Result: _____
D. Grounds raised (List each one): _____
_____
_____
_____
_____

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

☐ Yes   ☒ No

If your answer was yes, complete the following sections:

A. First post-conviction proceeding:
   1. Name of Court: _____

Attachment A

    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes  ☐ No
    5. Result: _____
    6. Date of Result: _____

B. Second post-conviction proceeding:
    1. Name of Court: _____
    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes  ☐ No
    5. Result: _____
    6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding:  ☐ Yes  ☐ No  Result: _____
    2. Second proceeding: ☐ Yes  ☐ No  Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____
_____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A. U.S. Parole Commission unlawfully revoked my parole.
    B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one: Extreme lockdown conditions

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

As of 3-17-20 SFF Hazelton went on modified operations due to the COVID-19 pandemic, we are currently still on it. We have went through severe mental, physical & emotional trauma due to being locked down 24 hrs. a day with no family communication, no exercising, no help resources & etc.

B. Ground two:

Attachment A

Improper medical

Supporting facts: Being locked down 24 hrs. a day with no family support or communication, that puts alot of emotional + mental stress on an inmate. We had very limited medical care, they came by randomly + spoke to us through the door of our cell only.

C. Ground three: Hippa law (privacy)

Supporting facts: They talked to us through our door of our cell with our cell mate + other inmates close to us hearing everything that was being said

D. Ground four: First Step Act credits

Attachment A

Supporting facts: Been actively employed from July 14, 2021 til current. Graduated AARP 50+ Foundations September 13, 2021, Graduated ServSafe March 31, 2022, Completed Parenting I April 8, 2022 + starting Parenting II April 22, 2022. I graduate Trauma in Life April 19, 2022. I was in Threshold + Drug Ed when I went on a RIT, I have to start over with them.

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

No, grounds A through D

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☐ Yes    ☐ No

   1. If your answer to "A" above was yes, what was the result:

**Attachment A**

    2.    If your answer to "A" above was no, explain:

    _____
    _____
    _____

B.    If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

    ☐ Yes    ☐ No

    1.    If your answer to "B" above was yes, what was the result:

    _____
    _____

    2.    If your answer to "B" above was no, explain:

    _____
    _____
    _____

15.    Relief: State here, as briefly as possible, exactly what you want the court to do for you:

    1.    Make **no** legal arguments.
    2.    Cite **no** cases or statutes.

1.) I would like my case considered for the Hard Time COVID credit / Cares Act, I would like to receive the 2 days credit for each day served
2.) I would like to receive my FSA credit for my job and classes I've completed and are still in

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____

Signed this __9__ day of __April__, __2022__.
              (day)           (month)        (year)

_____Lisa Weems_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __4/9/22__   _____Lisa Weems_____
                                 Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Lisa C. Weems
#53055-074
_Your full name_

v.

SFF Hazelton Warden

Civil Action No.: _____

_Enter above the full name of respondent in this action_

## Certificate of Service

I, Lisa C. Weems (your name here), appearing *pro se*, hereby certify that I have served the foregoing Habeas Corpus 2241 Petition (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on 4/9/22 (insert date here):

(List name and address of counsel for respondent)

Lisa Weems
(sign your name)